```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BRYAN VELAZQUEZ,                                                       :
                                                                       :
                                Plaintiff,                             :
                                                                       :    22 Civ. 4966 (JPC)
                -v-                                                    :
                                                                       :    ORDER
MIDNIGHT VELVET, INC.,                                                 :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties have an Initial Pretrial Conference ("IPTC") scheduled on August 30, 2022. Dkt. 8. No later than seven days prior to the IPTC, the parties were ordered to submit a joint letter, not to exceed five (5) pages, addressing the following in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving the action.

*Id.* at 1-2.

The parties have not submitted the joint letter, which was due on August 23, 2022. It is hereby ORDERED that the parties shall submit the joint letter by August 26, 2022.

SO ORDERED.

Dated: August 24, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge